1  EILEEN M. DECKER
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-2729
        Facsimile: (213) 894-0115                                    JS-6
7       E-mail: Valerie.Makarewicz@usdoj.gov

8  Attorneys for United States of America

9

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                       WESTERN DIVISION

| | |
|---|---|
| STEVEN BOWERSOCK, et al., | No. CV 15-mc-00236 JFW (AFMx) |
| Plaintiffs, | ORDER GRANTING STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO DISMISS PETITION TO QUASH SUMMONS ON THE GROUNDS OF MOOTNESS |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Based on the stipulation filed by the parties in this action, and for good cause appearing, it is hereby ordered that:

1. That the Petition to Quash Summons, filed on August 14, 2015, is dismissed without prejudice on the grounds of mootness, as the underlying administrative summons, issued on July 27, 2015 by the Internal Revenue Service, has been withdrawn.

2. As between Plaintiffs and Defendant United States of America, each party shall bear its own costs and attorney's fees in connection with this proceeding.

**IT IS SO ORDERED.**


DATED:  January 6, 2016                   _____

JOHN F. WALTER
United States District Court Judge

Respectfully submitted,
EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


    /s/ Valerie Makarewicz
_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America

2